IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ANTHONY SMITH,<br>Petitioner | CIVIL ACTION NO.<br>1:CV-01-0712 |
| v. | Judge Kane |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>Respondent | |

FILED
HARRISBURG, PA

MAY 18 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**O R D E R**

**NOW** this 18th day of May, 2001, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT [COURT]
FOR THE
MIDDLE DISTRICT OF PENN[SYLVANIA]

* * MAILING CERTIFICATE O[F CLERK]

May 11, 2001

Re: 1:01-cv-00712   Smith v. INS

True and correct copies of the attached we[re mailed]
to the following:

Mark Anthony Smith
CTY-York
York County Prison
55938
3401 Concord Road
York, PA  17402

David M. Barasch, Esq.
United States Attorney's Office
Room 217, Federal Building & Court [House]
228 Walnut Street
Harrisburg, PA  17108  (cert)

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provid[ed])

Recipient's Name: John Ashcroft, Attorney General
Street: 511 Main Justice - 10th & Constitution
City, State, ZIP+4: Washington, DC 20530

Recipient's Name: INS
Street: 1600 Callowhill St
City, State, ZIP+4: Phila, PA 19130

Recipient's Name: Martin Carlson
Street: PO Box 11754
City, State, ZIP+4: Harrisburg, PA 17108

```
cc:
Judge                          ( )        ( ) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )    PA Atty Gen   ( )
                                       DA of County  ( )    Respondents   ( )

Bankruptcy Court               ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

5-18-01